# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

——————————

No. 97-3910WM

——————————

| | | |
|---|---|---|
| Tommie Joe Johnson, | * | |
| | * | |
| Appellant, | * | On Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Missouri. |
| | * | |
| United States of America, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

——————————

Submitted:  May 29, 1998
Filed:  June 8, 1998

——————————

Before FAGG and HANSEN, Circuit Judges, and STROM,* District Judge.

——————————

PER CURIAM.

Applying our decision in Bousley v. Brooks, 97 F.3d 284 (8th Cir. 1996), the district court denied Tommie Joe Johnson's 28 U.S.C. § 2255 sentence-related motion. The Supreme Court has now reversed our Bousley decision. Bousley v. United States, No. 96-8516, 1998 WL 244204 (U.S. May 18, 1998). Correspondingly, we now reverse the judgment of the district court and remand the case to that court for further consideration of Johnson's motion in light of Bousley v. United States.

_____

*The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska, sitting by designation.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.